No. 26-901

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ROBERT EMERT,
*Plaintiff-Appellant,*

v.

DAVID SCHULMAN, et al.,
*Defendants-Appellees.*

## APPELLANT'S STACKING ORDER AND
## GUIDE TO INTEGRATED FILING

Appellant Robert Emert, proceeding pro se, respectfully submits this stacking order to assist the Clerk in processing the accompanying integrated filing. This filing is submitted as a single, Bates-numbered PDF containing all required documents for Appellant's opening submission, organized for the Court's convenience.

## I. AUTHORITY FOR INTEGRATED FILING

Under Ninth Circuit Rule 30-1.3, "[a] party proceeding without counsel need not file excerpts." Because Appellant is exempt from the mandatory excerpts requirement, Appellant has elected to compile and submit excerpts voluntarily to assist the panel—and has integrated them into a single filing for efficiency. See FRAP 30(a) (permitting appendices to accompany briefs); FRAP 27(a)(1) (permitting motions at any time). The Ninth Circuit's electronic filing system accommodates integrated submissions, and this format ensures the panel has immediate access to the complete record alongside the brief and motion.

## II. STACKING ORDER OF INTEGRATED FILING

The filing is organized sequentially as follows, with Bates numbers for each component:

**Component 1: Opening Brief of Appellant**

Bates 000001–000050 | Pages 1–50 | Bookmarked

Contains: Cover page, Table of Contents, Table of Authorities, Jurisdictional Statement, Statement of Issues, Statement of the Case, Summary of Argument, Argument (§§ A–H), Conclusion, Certificate of Compliance, Proof of Service, and Addendum of Statutes. Filed pursuant to FRAP 28 and 32; Ninth Circuit Rules 28-1 and 32-1. Word count: 10,278 (within the 14,000-word limit of FRAP 32(a)(7)(B)).

**Component 2: Preemptive Motion to Retain In Forma Pauperis Status**

Bates 000051–000058 | Pages 51–58 | Bookmarked

Contains: Motion with supporting argument, Certificate of Service. Filed pursuant to FRAP 24(a)(3) and 27(a)(1). Requests this Court retain IFP status granted below (Dkt. 7) and evaluate good faith independently under FRAP 24(a)(5).

**Component 3: Excerpts of Record**

Bates 000059–000140 | Pages 59–140 | Bookmarked by Tab

Contains: Cover page, Table of Contents, and Tabs A–H:

    Tab A — Dismissal Order (Dkt. 8, Feb. 3, 2026)

    Tab B — Clerk's Judgment (Dkt. 9, Feb. 4, 2026)

    Tab C — Rule 59(e) Motion for Reconsideration (Dkt. 10, Feb. 6, 2026)

    Tab D — First Amended Complaint — Complete (Dkt. 3, Dec. 22, 2025)

    Tab E — IFP Order (Dkt. 7, Feb. 3, 2026)

    Tab F — Notice of Appeal (Dkt. 11, Feb. 10, 2026)

    Tab G — Docket Sheet (as of Feb. 10, 2026)

    Tab H — Forensic Transcript Analysis of Audio Recordings

Filed pursuant to FRAP 30; Ninth Circuit Rule 30-1 (voluntary compliance by pro se party under Rule 30-1.3). All excerpts are consecutively paginated with ER-page numbers and cross-referenced in the Opening Brief using the ER-[page] citation format required by Ninth Circuit Rule 30-1.4(d).

## III. NAVIGATION

The entire filing is Bates-numbered (000001–000140) and bookmarked in the PDF for electronic navigation. Each component and each Excerpts of Record tab is individually bookmarked. The Table of Contents in the Opening Brief (Bates 000003–000004) and the Excerpts of Record Table of Contents (Bates 000060) provide additional navigation references.

Respectfully submitted,

/s/ Robert Emert
**ROBERT EMERT**
Plaintiff-Appellant, Pro Se
2351 Vista Lago Terrace
Escondido, CA 92029
(760) 612-9328 – robemert@msn.com

**No.** 26-901

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ROBERT EMERT,

*Plaintiff-Appellant,*

v.

DAVID SCHULMAN, et al.

*Defendants-Appellees.*

On Appeal from the United States District Court

for the Southern District of California

No. 3:25-cv-03646-JO-BJW

Hon. Jinsook Ohta, District Judge

**APPELLANT'S INTEGRATED FILING: OPENING BRIEF, MOTION TO RETAIN IN FORMA PAUPERIS STATUS, AND EXCERPTS OF RECORD**

Robert Emert, Pro Se
2351 Vista Lago Terrace
Escondido, CA 92029
(760) 612-9328
robemert@msn.com