No. 26-901

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

ROBERT EMERT,
*Plaintiff-Appellant,*

v.

DAVID SCHULMAN, et al.,
*Defendants-Appellees.*

On Appeal from the United States District Court
for the Southern District of California
No. 3:25-cv-03646-JO-BJW
Hon. Jinsook Ohta, District Judge

## APPELLANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF AND TO SUPPLEMENT EXCERPTS OF RECORD

Appellant Robert Emert, proceeding pro se, respectfully moves this Court for leave to file the attached Supplemental Brief (Attachment 1) and to add the district court's April 9, 2026 Minute Order (Exhibit A) to the Excerpts of Record as Supplemental Tab I.

### GOOD CAUSE

Good cause exists because the April 9, 2026 order was entered *after* Appellant's Opening Brief was filed. The order denies Appellant's Rule 59(e) Motion for Reconsideration (Dkt. 14) and, under FRAP 4(a)(4)(B)(i), renders the Notice of

Appeal (Dkt. 11) effective. The panel cannot evaluate this appeal without seeing the district court's complete reasoning on the issues presented.

The Supplemental Brief is three pages. It identifies four specific respects in which the April 9 order reinforces the errors already briefed. It introduces no new legal theories and no new factual allegations. It simply demonstrates that the district court, given a second opportunity to engage with *Dennis v. Sparks*, 449 U.S. 24 (1980), and five other controlling authorities identified in the Rule 59(e) motion, declined to do so.

## RELIEF REQUESTED

Appellant respectfully requests that this Court: (1) grant leave to file the attached Supplemental Brief; (2) add the April 9, 2026 Minute Order to the Excerpts of Record as Supplemental Tab I; and (3) consider the Supplemental Brief in conjunction with the Opening Brief.

Dated: 04/14/26
Escondido, California

Respectfully submitted,

/s/ Robert Emert
**ROBERT EMERT**
Plaintiff-Appellant, Pro Se
2351 Vista Lago Terrace
Escondido, CA 92029
(760) 612-9328 – robemert@msn.com

**CERTIFICATE OF SERVICE**

I, Robert Emert, declare:

On April 14, 2026, I electronically filed the foregoing Appellant's Motion for Leave to File Supplemental Brief, the attached Supplemental Brief, and Exhibit A with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system.

As Defendants-Appellees have not yet appeared in this action, I served copies of the foregoing documents on all Defendants-Appellees by first-class U.S. mail and by courtesy email to the following:

**INDIVIDUAL DEFENDANTS:**

1. David S. Schulman, Esq. — dschulman@msmfamilylaw.com
   12220 El Camino Real, Suite 300, San Diego, CA 92130

2. Sara Bear, Esq. — sbear@msmfamilylaw.com
   12220 El Camino Real, Suite 300, San Diego, CA 92130

3. Matthew Cord, Esq. — mcord@apjohnsonesq.com
   440 S. Melrose Drive, Suite 260, Vista, CA 92081

4. Catie Young, Esq. — catie@gylfamilylaw.com
   1525 Faraday Avenue, Suite 140, Carlsbad, CA 92008

5. Andrea Schuck — andrea.schuck@carlsbadusd.net
   3557 Monroe St., Carlsbad, CA 92008

6. Jesse Olague, Psy.D. — drolague@sdkidsfirst.com
   12625 High Bluff Drive, Suite 204, San Diego, CA 92130

**CORPORATE DEFENDANTS (via Registered Agent):**

7. Moore, Schulman & Moore, APC — dschulman@msmfamilylaw.com

c/o David S. Schulman, 12220 El Camino Real, Suite 300, San Diego, CA 92130

8. Andrew P. Johnson, APC — mcord@apjohnsonesq.com

    c/o Andrew P. Johnson, 440 S. Melrose Drive, Suite 260, Vista, CA 92081

9. Griffith, Young & Lass — catie@gylfamilylaw.com

    c/o John N. Griffith, 1525 Faraday Avenue, Suite 140, Carlsbad, CA 92008

10. San Diego Kids First — contact@sdkidsfirst.com

    c/o Ben-Thomas Hamilton, 3110 Camino Del Rio South, Suite 203, San Diego, CA 92108

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 14, 2026, at Escondido, California.

/s/ Robert Emert

**ROBERT EMERT**

Plaintiff-Appellant, Pro Se

2351 Vista Lago Terrace

Escondido, CA 92029

(760) 612-9328 – robemert@msn.com